and printed briefs by April first. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

FIRST NATIONAL BANK OF NEWARK, N. Y., Respondent, v. SARAH McKIERNAN, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

LEVY BROTHERS & ADLER ROCHESTER, INC., Respondent, v. FRANK COFFARO and Others, Defendants, Impleaded with HYMAN KARP, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM M. FOLLETT, Appellant, v. WATER WORKS COMPANY OF SENECA FALLS and Another, Respondents.— Order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears Crouch and Taylor, JJ.

CARLTON COURT CORPORATION, Appellant, v. ARTHUR O. WHITE and Others, Respondents. (Action No. 1.) — Order affirmed, with ten dollars costs and disbursements, on the authority of *French* v. *Row* (77 Hun, 380). All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

CARLTON COURT CORPORATION, Appellant, v. ARTHUR O. WHITE and Another, Respondents. (Action No. 2.) — Order affirmed, with ten dollars costs and disbursements, on the authority of *French* v. *Row* (77 Hun, 380). All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

VICTORIA E. STRZEP, Respondent, v. POLAK W. AMERYCE and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

YALE ESTATE, INC., Respondent, v. WM. H. CRAIG, INC., Formerly Doing Business under the Corporate Name of " ONONDAGA AUTO ELECTRIC SERVICE, INC.," Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GUISEPPE SCORSONE, Appellant.— Judgment of conviction affirmed. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

JESSIE R. RIDER, Respondent, v. MAY E. ALLEN, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

JAMES O. SEBRING, Respondent, v. GEORGE E. BARNES, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

SIMON WERTHEIMER and Another, Respondents, v. RITA BUNTON BOEHM, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

BARNES-AMES COMPANY, Appellant, v. BUFFALO ELEVATING COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

BARNES-AMES COMPANY, Appellant, v. GREAT EASTERN ELEVATOR CORPORATION, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

PERCIVAL W. COPELAND, Respondent, v. FRANCIS M. HUGO, Appellant,